**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01879-LTB-KMT

KELSEY MacARTHUR,

      Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

      Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal (Doc 23 - filed May 16, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED: May 19, 2008